IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA PAYTON,)
)
Plaintiff,)
) Civil No. 07-6004-TC
v.)
) ORDER
COMMISSIONER, SOCIAL SECURITY,)
)
Defendant.)
)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 12, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1  - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The decision of the Commissioner is affirmed, and the clerk of court is directed to enter final judgment in this case.

IT IS SO ORDERED.

DATED this 31st day of March, 2008.

*Michael R. Hogan*
UNITED STATES DISTRICT JUDGE